**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                **CASE NO. 4:19-CR-00156-BSM**

**CHRIS MICHAEL GUIDRY**                                             **DEFENDANT**

**ORDER**

Chris Guidry's pending motions [Doc. Nos. 94, 95, 97 & 98] are denied.

Guidry's motion to sanction an Assistant United States Attorney that prosecuted him is denied for the same reasons that Guidry's prosecutorial misconduct claim was denied. *See* Doc. No. 80.

Guidry's motion seeking relief to purported constituional rights and due process violations is denied for the same reasons that Guidry's motions for post conviction acquittal and for a certificate of appealability were denied. *See* Doc. Nos. 77 & 87.

Guidry's motion to appoint counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009).

Guidry's motion to have e-mails that he sent to a chambers inbox forwarded to the Eighth Circuit is denied because the e-mails are not part of the appellate record.

Guidry's motion for reconsideration on his prior motion to sanction his former lawyer is denied because Guidry points to no manifest error of law or fact, no newly discovered evidence, or any other reason why reconsideration is warranted. *See* Fed. R. Civ. P. 60(b);

*Arnold v. ADT Sec. Servs., Inc.*, 627 F.3d 716, 721 (8th Cir. 2010).  Thus, the pending sanctions reconsideration motion is denied for the same reasons that the sanctions motion was originally denied.  *See* Doc. No. 87 at 2.

For these reasons, Guidry's pending motions are denied.

IT IS SO ORDERED this 26th day of March, 2024.


_____
UNITED STATES DISTRICT JUDGE